UNITED STATES of America,
Plaintiff–Appellee,

v.

Toby A. BLESSMAN, Defendant–
Appellant.

No. 05–12816
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 6, 2006.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

George W. Blow, III, Live Oak, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

George W. Blow, III, appointed counsel for Toby A. Blessman, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Blessman's conviction and sentence are **AFFIRMED**.